IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VALARIE BROWN                                                                                     PLAINTIFF

v.                                          NO. 2:17CV00091 JLH

PAYPAL, INC.                                                                                      DEFENDANT

## ORDER

By agreement of the parties, this action has been stayed pending arbitration. The Court directs the Clerk to terminate this action administratively. Either party may move to reopen the case and lift the stay within thirty (30) days after the conclusion of the arbitration proceedings.

IT IS SO ORDERED this 24th day of July, 2017.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE